ORAL ARGUMENT SCHEDULED ON NOVEMBER 14, 2013

No. 12-7129

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

BRUNO K. MPOY,
APPELLANT,

V.

MICHELLE RHEE, *et al.,*
APPELLEES.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**UNOPPOSED MOTION OF APPELLEES DONALD PRESSMAN AND
MICHELLE RHEE TO APPORTION ARGUMENT TIME**

On October 29, 2013, this Court issued an order allotting each side ten minutes for the oral argument in this case, limiting argument to one counsel per side. Donald Pressman and Michelle Rhee, the two appellees here, are each represented by different counsel. Each has an independent interest in this case, even if similar issues are raised as to each. Therefore, they jointly request leave to apportion the argument time allotted to appellees, with counsel for Mr. Pressman having eight minutes and counsel for Ms. Rhee two minutes. They assure the Court that, if this motion is granted, they

will endeavor to avoid unnecessary repetition. Bruno Mpoy does not oppose this request.

    Respectfully submitted,

    IRVIN B. NATHAN
    Attorney General for the District of Columbia

    TODD S. KIM
    Solicitor General

    /s/ RICHARD S. LOVE
    RICHARD S. LOVE
    Senior Assistant Attorney General
    Office of the Solicitor General

    Office of the Attorney General
    441 4th Street, NW, Suite 600S
    Washington, D.C. 20001
    (202) 724-6635
    *Counsel for Appellee Donald Pressman*

    /s/ WILLIAM L. DRAKE
    William L. Drake
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, N.W.
    Washington, D.C. 20036
    (202) 429-3000

November 2013    *Counsel for Appellee Michelle Rhee*

# CERTIFICATE OF SERVICE

I certify that on November 1, 2013, an electronic copy of this Motion to Apportion Argument Time was served through the Court's ECF system, to:

Stewart Manela
Arent Fox LLP
1717 K Street, N.W.
Washington, D.C. 20036

William L. Drake
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

                                        /s/ RICHARD S. LOVE
                                        RICHARD S. LOVE